# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No.: CR 00-521 RMT SVW
               Plaintiff,  )
     vs.  )   ORDER OF DETENTION AFTER HEARING
                      )   [Fed.R.Crim.P. 32.1(a)(6);
Rudy Martinez  )   18 U.S.C. 3143(a)]
               Defendant.  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____CD/CA_____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on see PSR rpt @ pg 4

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.   ( )  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9       on:_____
10       _____
11       _____
12       _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   1/15/10
18
19
20                                    _____
                                      UNITES STATES MAGISTRATE JUDGE
21
```